IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CONSTRUCTION INDUSTRY LABORERS PENSION FUND, et al., | ) ) ) ) | |
| Plaintiffs, | ) | No. 07-684-CV-W-GAF |
| v. | ) ) | |
| ERICA LUTTRELL, d/b/a LUTTRELL BLASTING ENTERPRISES, INC., et al. | ) ) ) | |
| Defendants. | ) | |
| and | ) ) | |
| M & I BANK, | ) ) | |
| Garnishee. | ) | |

ORDER TO PAY

The Court has reviewed Garnishors' Motion and Suggestions for Order Directing Garnishee to Pay Garnishment Proceeds to Plaintiffs-Garnishors filed on May 13, 2009, as well as Garnishee's Answers to Interrogatories to Garnishee and the Judgment entered in this cause. Having been fully advised in the premises, it is hereby

ORDERED that the Garnishee, is to pay the sum of Five Hundred Seventy and 77/100 Dollars ($570.77) into Court and that within ten (10) days thereafter, the Clerk of the Court pay the sum Five Hundred Seventy and 77/100 ($570.77) Dollars to the Plaintiffs-Garnishors with the check being made payable to the "Construction Industry Laborers Fringe Benefit Funds".

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: May 13, 2009